# IN THE SUPREME COURT OF THE STATE OF NEVADA

ZAON COLLINS,
Petitioner,
vs.
THE LAS VEGAS TOWNSHIP JUSTICE
COURT, IN AND FOR THE COUNTY
OF CLARK; AND THE HONORABLE
SUZAN BAUCUM, JUSTICE OF THE
PEACE, DEPARTMENT 13,
Respondents,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 84063

FILED

OCT 3 1 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION*

This is an original petition for a writ of mandamus or prohibition challenging a justice court order denying a motion to dismiss charges.

Having considered the petition, the answer, the reply, and the supporting documents, we are not persuaded that petitioner has demonstrated that our discretionary extraordinary intervention is warranted as petitioner has a plain, speedy, and adequate remedy in the ordinary course of the law. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (providing that this court has sole discretion in determining if a writ petition will be considered); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 223, 228, 88 P.3d 840, 841, 844 (2004) (explaining that petitioner bears the burden of demonstrating that extraordinary relief is warranted and "an appeal is generally an adequate legal remedy that precludes writ relief"); *see also* N.R.Cr.P. 9 (a defendant can file a petition for a writ of habeas corpus to challenge "lack of probable

22-33996

cause or otherwise [challenge] the court's right or jurisdiction to proceed to the trial of a criminal charge."); *Gary v. Sheriff, Clark Cty.*, 96 Nev. 78, 80, 605 P.2d 212, 214 (1980). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:    Chesnoff & Schonfeld
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk